UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 20-CV-03927-CBM-(KSx) | Date | December 28, 2020 |
| Title | Chrome Hearts LLC v. Common Lines et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER TO SHOW CAUSE SERVICE COMPLIANCE WITH FED. R. CIV. P. 4(F)**

Pending before the Court is Plaintiff's Request for Clerk to Enter Default against Defendants Common Lines, Adam Hand, Zach Hand.  (Dkt. 10.)   Plaintiff filed proof of service and a Declaration of Colby A. Meagle, Plaintiff's counsel, indicating that the Complaint and Summons was mailed to addresses in Ireland via United States Postal Service, Priority Mail International on June 9, 2019.  (Dkt. 9.)

The Court orders Plaintiff to file a declaration advising the Court whether service complies with Fed. R. Civ. P. 4(f).  *See Brockmeyer v. May*, 383 F.3d 798, 801 (9th Cir. 2004).   Plaintiff should respond to the Order to Show Cause **no later than January 25, 2021**.

**IT IS SO ORDERED.**