UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 20-CV-03927-CBM-(KSx) | Date | August 26, 2021 |

| | |
|---|---|
| Title | *Chrome Hearts LLC v. Common Lines et al* |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    **IN CHAMBERS- ORDER TO SHOW CAUSE SERVICE COMPLIANCE WITH FED. R. CIV. P. 4(F)**

Pending before the Court is Plaintiff's Request for Clerk to Enter Default against Defendants Common Lines, Adam Hand, Zach Hand.  (Dkt. 10.)  Plaintiff filed proof of service and a Declaration of Colby A. Meagle, Plaintiff's counsel, indicating that the Complaint and Summons was mailed to addresses in Ireland via United States Postal Service, Priority Mail International on June 9, 2019.  (Dkt. 9.)  The Court ordered Plaintiff to file a declaration advising the Court whether service complies with Fed. R. Civ. P. 4(f).  Plaintiff filed a Response and a Receipt for Foreign Service and the Court vacated the Order to show cause.  (Dkt. 13, 15, 17.)

Plaintiff's Receipt for Foreign Service does not appear to confirm with Rule 4(f).  Thus, the Court orders Plaintiff to file a declaration advising the Court whether its Receipt for Foreign Service complies with Rule 4(f) and/or the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents **no later than September 6, 2021**.  *See Brockmeyer v. May*, 383 F.3d 798, 801, 804 (9th Cir. 2004) ("The Hague Convention affirmatively authorizes service of process through the Central Authority of a receiving state."); *see also GCUI-Employer Ret. Fund v. Coleridge Fine Arts*, 2015 U.S. Dist. LEXIS 17007, at *2 (D. Kan. Feb. 12, 2015) ("The United States and Ireland are both parties to the Hague Convention, and the parties both assert and agree that Defendant must be served in accordance with the Hague Convention.").

**IT IS SO ORDERED.**